# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| IRON WORKERS DISTRICT COUNCIL OF SOUTHERN OHIO & VICINITY ANNUITY TRUST, *et al.*, | : : : : | Case No. 3:17cv00165 |
| Plaintiffs, | : : | District Judge Thomas M. Rose |
| vs. | : : : | Magistrate Judge Sharon L. Ovington |
| LARRY N. CARLIN, INC., *et al.*, | : : : | |
| Defendants. | : | |

## DECISION AND ENTRY

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #18), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations docketed on October 17, 2017 (Doc. #18) is ADOPTED in full; and

2. Defendants' Motion to Dismiss Plaintiffs' Complaint and/or Motion to Transfer Venue under 28 U.S.C. § 1404 are DENIED;

November 1, 2017  \*s/Thomas M. Rose

_____
Thomas M. Rose
United States District Judge